IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARRELL LANGSTON                                                                                    PLAINTIFF

v.                                    Civil No. 4:19-cv-04041

OFFICER POOLE and OFFICER
BO JOHNSON, Miller County
Detention Center                                                                                   DEFENDANTS

**ORDER**

Plaintiff Darrell Langston filed this 42 U.S.C. § 1983 action *pro se* on April 15, 2019. (ECF No. 1). Before the Court is Defendants' Motion for Order to Correct Address. (ECF No. 16).

In the motion Defendants state they attempted to schedule Plaintiff's deposition and when they contacted the Arkansas Department of Correction – Ouachita River Unit where Plaintiff was supposedly incarcerated they were told Plaintiff was paroled and released on September 18, 2019. To date, Plaintiff has not notified the Court of his current address.

Accordingly, Defendants' Motion for Order to Correct Address (ECF No. 16) is **GRANTED**.

**Plaintiff is DIRECTED to provide the Court with his current address on or before October 18, 2019. Failure to comply with this Order will result in this case being dismissed without prejudice.**

IT IS SO ORDERED this 2nd day of October 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE